## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

2:24-mj-1038-NPM
Charging District: SDNY
Charging District File: 24-cr-140

JONATHAN MOYNAHAN LARMORE

---

### ORDER OF TRANSFER TO ANOTHER DISTRICT

The defendant was arrested and initially appeared before this court pursuant to Criminal Rule 5(c)(2). The court accepted the AO Form 406A waiver of the items discussed in Criminal Rule 5(c)(3) from the defendant and his retained counsel. Upon stipulated conditions, the defendant was released.

Accordingly, the defendant is transferred to the Southern District of New York and discharged. The clerk for this district must transmit the papers to the clerk for the charging district. And the defendant must appear in the Southern District of New York as directed by that court.

The defendant and his counsel were advised during his initial appearance that he must appear as follows:

| Place: | Date and Time: |
|---|---|
| **Daniel Patrick Moynihan United States Courthouse Pretrial Services 5th floor 500 Pearl Street New York, New York 10007** | **Pretrial Services Interview March 18, 2024 at 9:30 AM** <br><br> **(after which Larmore will appear before the magistrate judge)** |

| Place: | Date and Time: |
|---|---|
| **Thurgood Marshall** | **Pretrial Conference** |
| **United States Courthouse** | **Judge Engelmayer** |
| **Courtroom 1305** | **March 19, 2024 at 2:30 PM** |
| **40 Foley Square** | |
| **New York, New York 10007** | |

**ORDERED** on March 14, 2024

_____

NICHOLAS P. MIZELL
United States Magistrate Judge

c:    United States Marshals Service